**James Allen NUNLEY, Appellant,**

v.

**DEPARTMENT OF JUSTICE, United States of America; Drug Enforcement Agency; Officer Halfacre, Individually and in his official capacities; Federal Narcotics Agents, Individually and in their official capacities, Appellees.**

No. 07–2511.

United States Court of Appeals, Eighth Circuit.

Submitted: July 14, 2008.

Filed: July 24, 2008.

James Allen Nunley, Memphis, TN, pro se.

Charles E. Smith, Mark W. Webb, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Appellees.

Before WOLLMAN, M. SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

In this appeal after a remand, *see Nunley v. Dep't of Justice,* 425 F.3d 1132 (8th Cir.2005), James Nunley challenges the district court's [1] adverse grant of summary judgment in his action to set aside administrative forfeitures. Upon de novo review, *see Bloom v. Metro Heart Group of St. Louis, Inc.,* 440 F.3d 1025, 1028 (8th Cir.2006), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.